UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDIWELI MOHAMED JAMA,<br>a/k/a Abdiwali Mohamed Jama,<br><br>Defendant. | ) INDICTMENT  CR 21-031 ADM/KMM<br>)<br>) 18 U.S.C. § 924(c)(1)(A)(ii) and (iii)<br>) 18 U.S.C. § 1951<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Interference with Commerce by Robbery)

On or about November 9, 2020, in the State and District of Minnesota, the defendant,

**ABDIWELI MOHAMED JAMA,**
**a/k/a Abdiwali Mohamed Jama,**

did knowingly and unlawfully obstruct, delay and affect commerce, and the movement of articles and commodities in such commerce by robbery, in that the defendant did unlawfully and knowingly attempt to take and obtain cash and other items which was property of Market Barbeque, located in Minneapolis, Minnesota, a commercial business then engaged in and affecting interstate commerce, in the presence of a victim employee, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person, all in violation of Title 18, United States Code, Section 1951.

SCANNED
FEB 09 2021
U.S. DISTRICT COURT MPLS

United States v. Abdiweli Mohamed Jama

## COUNT 2
(Using, Carrying, Brandishing and Discharging a Firearm
During and in Relation to a Crime of Violence)

On or about November 9, 2020, in the State and District of Minnesota, the defendant,

**ABDIWELI MOHAMED JAMA,**
**a/k/a Abdiwali Mohamed Jama,**

during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the crime set forth in Count 1 of this Indictment, which is hereby re-alleged and incorporated herein by reference, did knowingly and unlawfully use, carry, brandish and discharge a firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and (iii).

## COUNT 3
(Interference with Commerce by Robbery)

On or about November 11, 2020, in the State and District of Minnesota, the defendant,

**ABDIWELI MOHAMED JAMA,**
**a/k/a Abdiwali Mohamed Jama,**

did knowingly and unlawfully obstruct, delay and affect commerce, and the movement of articles and commodities in such commerce by robbery, in that the defendant did unlawfully and knowingly take and obtain cash and merchandise which was property of Speedway, located in St. Michael, Minnesota, a commercial business then engaged in and affecting interstate commerce, in the presence of a victim employee, against the employee's will by means of actual and threatened force, violence, and fear of injury,

immediate and future, to the employee's person, all in violation of Title 18, United States Code, Section 1951.

## FORFEITURE ALLEGATIONS

Counts 1 through 3 of this Indictment are hereby re-alleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c).

Upon conviction of any of Counts 1 through 3 of this Indictment, the defendant,

**ABDIWELI MOHAMED JAMA,**
**a/k/a Abdiwali Mohamed Jama,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 1951.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY               FOREPERSON