# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | BEFORE: | Ann D. Montgomery |
| | | U.S. District Judge |
| Plaintiff, | | |
| | Case No: | 21-cr-31 ADM/KMM |
| v. | Date: | November 16, 2021 |
| | Courtroom: | 13W, Minneapolis |
| Abdiweli Mohamed Jama, | Court Reporter: | Tim Willette |
| | Time Commenced: | 2:39 p.m. |
| Defendant. | Time Concluded: | 3:14 p.m. |
| | Time in Court: | 35 Minutes |

**APPEARANCES:**

Plaintiff:   David Steinkamp, AUSA
Defendant:   Adrian LaFavor-Montez  ☒ Retained

**PROCEEDINGS:**

☒ **Change of Plea Hearing.**
☒ PLEA:
  ☒ Guilty as to Counts: One & Two

☒ Presentence Investigation and Report requested.
☒ Sentencing is scheduled for March 24, 2022 at 1:30 p.m.
☒ Defendant remanded to the custody of the U.S. Marshal.

s/LPH
Courtroom Deputy
