# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| United States of America, | **JUDGMENT IN A CRIMINAL CASE** |
| Plaintiff(s), | |
| v. | Case No. 21cr31 ADM/HB & 23cv3757 ADM |
| Abdiweli Mohamed Jama | |
| Defendant(s). | |

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1. Defendant Abdiweli Mohamed Jama's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Docket No. 84] is **GRANTED** as to Count 2 and **DENIED** as to Count 1;

2. Jama's conviction for Using, Carrying, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and (iii) (Count 2) is **VACATED**;

3. The Court will resentence Jama in person as soon as is practicable; and

4. The Federal Defender's Office is instructed to appoint an attorney to represent Jama during resentencing.

Date: July 18, 2024                                          Kate M. Fogarty, Clerk