RECEIVED BY MAIL
SEP 2 5 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Page 2

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District OF MINNESOTA |
|---|---|
| Name (under which you were convicted): ABDIWELI MOHAMED JAMA | Docket or Case No.: 21-CR-0031 |
| Place of Confinement: FCI ALLENWOOD, WHITE DEER, PA. | Prisoner No.: 31380-509 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
| v. ABDIWELI MOHAMED JAMA | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   U.S. DISTRICT COURT FOR DISTRICT OF MINNESOTA

   (b) Criminal docket or case number (if you know): 21-CR-0031

2. (a) Date of the judgment of conviction (if you know): DECEMBER 17, 2024
   (b) Date of sentencing: DECEMBER 17, 2024

3. Length of sentence: 68 MONTH IMPRISONMENT, 3 YEARS S.R.

4. Nature of crime (all counts): ATTEMPTED HOBBS ACT ROBBERY (18. U.S.C. 1951(a))

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☑   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? N/A

6. If you went to trial, what kind of trial did you have? (Check one)  N/A   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  N/A   Yes ☐   No ☐



8. Did you appeal from the judgment of conviction?  Yes ☐  No ☑

9. If you did appeal, answer the following:  N/A
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: _____
   _____
   _____
   _____
   _____
   _____
   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☑
       If "Yes," answer the following:  N/A
       (1) Docket or case number (if you know): _____
       (2) Result: _____
       (3) Date of result (if you know): _____
       (4) Citation to the case (if you know): _____
       (5) Grounds raised: _____
       _____
       _____
       _____
       _____
       _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐  No ☑

11. If your answer to Question 10 was "Yes," give the following information:  N/A
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

Page 4

_____
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
   Yes ❏ No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:   N/A

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised: _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

   (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
      Yes ❏ No ❏

   (7) Result: _____

   (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?   N/A

   (1) First petition:     Yes ❏ No ❏
   (2) Second petition:    Yes ❏ No ❏

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
   N/A
   _____
   _____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: **INEFFECTIVE ASSISTANCE OF COUNSEL FAILURE TO ADVISE IMMIGRATION CONSEQUENCES**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**\* SEE ATTACHED MEMORANDUM OF LAW \***

(b) **Direct Appeal of Ground One:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

  Yes ☐   No ☒

  (2) If you did not raise this issue in your direct appeal, explain why: **INEFFECTIVE ASSISTANCE OF COUNSEL CLAIMS ARE PROPERLY PRESENTED IN A 2255 MOTION.**

(c) **Post-Conviction Proceedings:** **N/A**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ☐   No ☐

  (2) If your answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____

  (3) Did you receive a hearing on your motion, petition, or application?

  Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

GROUND TWO: **INEFFECTIVE ASSISTANCE OF COUNSEL FAILURE TO INVESTIGATE IMMIGRATION STATUS**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**\* SEE ATTACHED MEMORANDUM OF LAW \***

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: **INEFFECTIVE ASSISTANCE OF COUNSEL CLAIMS ARE PROPERLY PRESENTED IN A 2255 MOTION.**

(c) Post-Conviction Proceedings:   N/A

(1) Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ☐  No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

  Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

  Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

  Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND THREE: __INEFFECTIVE ASSISTANCE OF COUNSEL__
_____FAILURE TO OBJECT TO INCORRECT RULE 11 PROCEEDING.__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____
_____* SEE ATTACHED MEMORANDUM OF LAW *_____

_____
_____
_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Three:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

  Yes ☐  No ☑

  (2) If you did not raise this issue in your direct appeal, explain why: **INEFFECTIVE ASSISTANCE OF COUNSEL CLAIMS ARE PROPERLY PRESENTED IN A 2255 MOTION**

(c) **Post-Conviction Proceedings:** N/A

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ☐  No ☐

  (2) If your answer to Question (c)(1) is "Yes," state:

  Type of motion or petition:_____

  Name and location of the court where the motion or petition was filed:_____
  _____

  Docket or case number (if you know):_____

  Date of the court's decision:_____

  Result (attach a copy of the court's opinion or order, if available):_____
  _____
  _____

  (3) Did you receive a hearing on your motion, petition, or application?

  Yes ☐  No ☐

  (4) Did you appeal from the denial of your motion, petition, or application?

  Yes ☐  No ☐

  (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

  Yes ☐  No ☐

  (6) If your answer to Question (c)(4) is "Yes," state:

  Name and location of the court where the appeal was filed:_____
  _____

  Docket or case number (if you know):_____

  Date of the court's decision:_____

Page 9

Result (attach a copy of the court's opinion or order, if available):_____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____
_____
_____
_____
_____

**GROUND FOUR:** NOT APPLICABLE
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Four:** N/A

   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(c) **Post-Conviction Proceedings:** N/A

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☐

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:_____

   Name and location of the court where the motion or petition was filed:_____
_____

   Docket or case number (if you know):_____

   Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____
_____
_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:_____
_____

Docket or case number (if you know):_____
Date of the court's decision:_____
Result (attach a copy of the court's opinion or order, if available):_____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____
_____
_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____
   **INEFFECTIVE ASSISTANCE OF COUNSEL CLAIMS ARE PROPERLY PRESENTED IN A 2255 MOTION.**
_____
_____
_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ❑   No ☑
   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
_____
_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: __A. L. BROWN__

(b) At arraignment and plea: __ADRIAN LAFAVOR-MONTEZ__

(c) At trial: __N/A__

(d) At sentencing: __ADRIAN LAFAVOR-MONTEZ__

(e) On appeal: __N/A__

(f) In any post-conviction proceeding: __ROBERT MEYERS__

(g) On appeal from any ruling against you in a post-conviction proceeding: __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No ☑
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: __N/A__
    (b) Give the date the other sentence was imposed: ____
    (c) Give the length of the other sentence: ____
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

THIS MOTION IS TIMELY UNDER 28 USC 2255(f)(1) AS RE-SENTENCING JUDGMENT WAS ENTERED ON DECEMBER 17, 2024, AND THE MOTION IS FILED WITHIN ONE-YEAR STATUTE OF LIMITATIONS

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 13

Therefore, movant asks that the Court grant the following relief: __VACATE THE PLEA AND JUDGMENT OF CONVICTION AND PLACE PETITIONER IN THE PRE-TRIAL PROCEEDINGS.__
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on __SEPTEMBER 21, 2025__ _____ (month, date, year).

Executed (signed) on __9/21/2025__ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____
_____
_____

\* \* \* \* \*