# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| United States of America, | **JUDGMENT IN A CRIMINAL CASE** |
| Plaintiff(s), | |
| v. | Case No. 21cr31 ADM/HB & 25cv3775 ADM |
| Abdiweli Mohamed Jama | |
| Defendant(s). | |

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

Defendant Abdiweli Mohamed Jama's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Docket No. 129] is **DENIED.**

Date: December 2, 2025                                        Kate M. Fogarty, Clerk